FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:07 am, Apr 25, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos. **24-CV-03593-RTG; 25-CV-874-RTG; 25-CV-852 -RTG**

**Marie Laveau Gris- Philomene (PS)**

    Plaintiff(s),

v.

**U.S., The et al., State of Colo., C & C DEN.**

    Defendant(s).

---

MOTION TO RESTRICT, MAIL ORDER TO NOTICED ADDRESS, JOINDER OF CLAIMS

---

Entitled to proceed under tribal ancestral pseudonym of **MARIE LAVEAU GRIS-PHILOMENE** [1], *pro se* (**PS**) Plaintiff, respectfully moves for the Court to:

(1)     **RESTRICT ACCESS TO LEVEL 1** of documents [portions of **12/27/24** filed **EX 1-1** (**USB**) **Addenda** (ADD) # **10**, # **35**, # **38.5**, # **47** ]; **RESTRICT ACCESS TO LEVEL 2** of Complaints' "**A. Plaintiff Information**"; and consider **SEQUESTERING** jury demanded proceedings, in the best interests of innocent third parties (children of child abuse and neglect and whistle blowing protected witnesses' at-issue); prevention or detection of crime outweigh the presumption of public access; and shall be protected pursuant **D.C.COLO.LCivR 7.2.**

---

[1] Jane Goin — was/is a EEO RMO Defendant named in *PS v. DONOVAN* (HUD), Case No. **2014**-CV-01699-BNB-**MEH** (Defendant #10) — where "Jane Doe" for *PS* Plaintiff was/is **NOT** appropriate.

**(2)** **MAIL** Thursday, April 17, 2025 Order Directing Plaintiff to File Amended Complaint (*Id.* at 25-CV-874-RTG, Dkt. 8) , to herein **NOTICED ADDRESS** attached pdf. *Id.* at "AMENDED Sealed A_Plaintiff Information"— as inadvertently, a mailing address for *PS* Plaintiff was not included for March 17, 2025 filed Complaints' **II** (25-CV-874-RTG) and **III** (25-CV-852 -RTG). [2]

**(3)** **JOINDER OF CLAIMS** of December 27, 2024 and March 17, 2025 civil action numbers: **(I)** 24-CV-03593-RTG; and **(II)** 25-CV-874-RTG and **(III)** 25-CV-852 -RTG, pursuant to **Fed. R. Civ. Proc. Rule 18**, efficiency, convenience, and multiple lawsuits with overlapping issues, and *PS* Plaintiff reasserting **relative substantive relief rights**.

Opposing counsel has **NOT** entered civil actions to confer with in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a).

Dated at Aurora, Colorado, 24th day of April 2024.

s/ *Marie Laveau Gris-Philomene*
*PS* Plaintiff

---

[2] *PS* Plaintiff has **NOT** received a copy of Case No. 25-CV-874-RTG, Dkt. 8, as she learned of error of not including address April 24, 2025 (Thursday) via telephone with Clerk (Andrea).

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I sent a copy of the **MOTION TO RESTRICT, MAIL ORDER TO NOTICED ADDRESS, JOINDER OF CLAIMS** with **AMENDED Sealed A_Plaintiff Information pdf** to the following parties in the way described below each party's name:

Party Name: **U.S., The et al**
How Served: Electronically pdf
Email Address: cod_prose_filing@cod.uscourts.gov

                                                  s/ *Marie Laveau Gris-Philomene*
                                                  *PS* Plaintiff