IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03593-RTG

MARIE LAVEAU GRIS-PHILOMENE (*PS*) I,

    Plaintiff,

v.

UNITED STATES TENTH CIRCUIT COURT OF APPEALS,
STATE OF COLORADO,
CITY AND COUNTY OF DENVER,
NEIL GORSUCH,
JEROME HOLMES,
PAUL JOSEPH KELLY,
CARLOS LUCERO,
TERRENCE O'BRIEN
NANCY MORITZ,
JOEL CARSON,
PHILIP A. BRIMMER,
RAYMOND P. MOORE,
MICHAEL E. HEGARTY,
TIMOTHY B. JAFEK,
NELSON RAPHAEL BREGON,
RICK M. GARCIA,
JARED POLIS,
BRIAN BOATRIGHT,
RONALD L. MULLINS,
GILBERT M. ROMAN,
JERRY JONES,
ELIZABETH LEIGH HARRIS,
LINO S. LIPINSKY DE ORLOV.
JACLYN CASEY BROWN,
KATHERINE LUM,
PHILIP WEISER,
JOHN A. STENINGER,
LISA A. KLEIN,
CHRISTOPHER J. BAUMANN,
MICHELLE ANN AMICO,
CHARLES M. PRATT,
ELIZABETH WEISHAUPL,
ELIZABETH BEEBE VOLZ,
MICHAEL VALLEJOS,

CYNTHIA DIANNE MARES,
JILL DEPORAH DORANCY,
DON JESSE TOUSSAINT,
DEMETRIA ELIZABETH TRUJILLO,
STEPHANIE SCOVILLE,
ELIZABETH MCCANN,
KATHLEEN MARIE JANSKI,
CHRISTINA M. APOSTOLI,
KAREN F. HUBLER,
J. MATTHEW DE PETRO,
LISA E. PEARCE,
ECHO DAWN RYAN,
STEPHANIE VILLAFUERTE,
MICHELLE BARNES,
JOEL HOMLAR,
ANDREW STAPLES,
TRACY RUMANS,
KATHLEEN BRIDGET NOONE,
MICHAEL B. HANCOCK,
DON MARES,
NEIL PECK,
DAVIS S. HAYES,
KAREN HASSETT DUWALDT,
PATRICIA BARELA RIVERA,
TRACY J. WINCHESTER,
KARLA JAYNE PIERCE,
JULIA B. REIKE,
BRUCE ANDREW PLOTKIN,
KATHRYN SMITH,
ROBERT WOLF,
AMY PACKER,
SHERRI CATALANO,
JEFFREY ANTON SHEPARD,
JORDAN MARCUS HUMPHREYS,
CHRISTOPHER JORDAN THOMAS,
GINGER RICHARDSON BURNETT,
DONALD J. GERRISH,
TAMMY DAVIS,
MIMI SCHEUERMANN,
JOSIE M. BERRY,
REBECCA BALL,
ERIN HALL,
ALEJANDRA HARGUTH,
IRENE LEAH VANCLEAVE,
DAWN LANDRUM,

DANIEL R. GOMEZ, JR., and
KATHRYN HODSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

    Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock.  The undersigned will remain as the assigned magistrate judge.

Dated:  May 6, 2025